IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

V.                      Civil No. 05-6038
                      Criminal No. 4:98-60018

TYRONG RON GODBOLD                             DEFENDANT/MOVANT

O R D E R

On this 14th day of February, 2006, there comes on for consideration the report and recommendation filed in this case on January 27, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate for the Western District of Arkansas. (Doc. 42). No objections have been filed to the report and recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 33) is DISMISSED as barred by the statute of limitations.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge